[748 NYS2d 875]

In the Matter of JAMIE K. COHEN SCHER (Admitted as JAMIE KARA COHEN), an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, October 21, 2002

**APPEARANCES OF COUNSEL**

*Robert P. Guido,* Syosset, for petitioner.

**OPINION OF THE COURT**

Per Curiam.

On February 21, 2001, after a jury trial before the Honorable Bernard Fried in Supreme Court, New York County, the respondent was found guilty of, inter alia, perjury in the first

degree (five counts), a class D felony, in violation of Penal Law § 210.15.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon her conviction of a felony.

Accordingly, the Grievance Committee's motion is granted, the respondent is disbarred, and her name is stricken from the roll of attorneys and counselors-at-law, effective immediately.

PRUDENTI, P.J., RITTER, SANTUCCI, ALTMAN and FLORIO, JJ., concur.

Ordered that pursuant to Judiciary Law § 90, effective immediately, the respondent, Jamie K. Cohen Scher, is disbarred, and her name is stricken from the roll of attorneys and counselors-at-law; and it is further,

Ordered that the respondent shall comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (*see* 22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, effective immediately, Jamie K. Cohen Scher is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, judge, justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding herself out in any way as an attorney and counselor-at-law.